1148

No. 10–7191. JONES v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 10–7197. WILSON v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10–7200. PIPES v. CORRECTIONAL MEDICAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–7201. WAGSTAFF v. DEPARTMENT OF EDUCATION. C. A. 5th Cir. Certiorari denied.

No. 10–7217. DAWSON v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7218. ELLIS v. BENEDETTI ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7220. ALLEN v. MCNEIL, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 10–7221. BURGOS-SANTOS v. LAVALLEY, SUPERINTEND-ENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–7224. ABEBE v. PERRY. C. A. 4th Cir. Certiorari denied.

No. 10–7225. BATEMAN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 10–7232. THOMPSON v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 10–7237. BARBEE v. CORRECTIONAL MEDICAL SERVICES ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–7239. RODRIGUEZ v. WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7242. BROWN v. JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.